UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT W. WOOTTON,

        Plaintiff,

v.

PIERCE COUNTY JAIL, et al.,

        Defendants.

CASE NO. C12-5828 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 33. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**; and

(2)    The Court grants defendants' motion for summary judgment. Plaintiff fails to show that any constitutional right or duty owed him was violated by defendants in this action.

Dated this 21st day May, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER